**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000794
23-SEP-2015
09:49 AM**

CAAP-12-0000794

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee,
v.
ZALDY SUBIA, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 11-1-1405)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion of the court, filed on August 17, 2015, is hereby corrected as follows:

1.    On page 6, in the fifth line, the words "print out" should be replaced with "printout" so that as corrected, the text reads: ". . . produce a printout stating . . . ."

2.    On page 7, in the eighth line of the first full paragraph after the block-quoted material, the word "testified" should be replaced with "tested" so that as corrected, the text reads: ". . . tested positive for methamphetamine; . . . ."

3.    On page 9, in the thirteenth line, the words "print out" should be replaced with "printout" so that as corrected, the text reads: ". . . checked the printout . . . ."

_____

[1] Nakamura, Chief Judge, and Reifurth and Ginoza, JJ.

4.    On page 11, in the sixth and eighth lines, "GCMC" should be corrected to read "GCMS".

5.    On page 12, in the fifth line of the first paragraph of Section D., "Subia" should be replaced with "Subia's" so that as corrected, the text reads:   ". . . reject Subia's challenge to . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, September 23, 2015.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge